**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ABDUL SHABAZZ,             : <br>       Plaintiff,           : <br>                           : <br>       v.                 :     Civil No. 5:24-cv-00498-JMG <br>                           : <br> NATIONSTAR MORTGAGE LLC   : <br> d/b/a                             : <br> RIGHTPATH SERVICING,       : <br>       Defendant.         : | |

**ORDER**

**AND NOW**, this 4th day of June, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 32), Plaintiff Abdu Shabazz's Response in Opposition to Defendant Nationstar Mortgage LLC d/b/a RightPath Servicing's Motion for Summary Judgment (ECF No. 39), and Defendant's Reply in Further Support of Defendant's Motion for Summary Judgment (ECF No. 42), **IT IS HEREBY ORDERED** that the Motion (ECF No. 32) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this matter.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge